UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| BILLY G WRIGHT SR #56789 | CIVIL ACTION NO. 22-cv-517 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CADDO CORRECTIONAL CENTER ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation (Record Document 32) of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with court orders.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 25th day of April, 2023.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE